The People of the State of New York v. Clover Farms Company, Appellant. (6 cases.) — Determination affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Wright Gillies, Plaintiff, v. Schwarzschild & Sulzberger Company and Others, Defendants. — Exceptions overruled and judgment ordered on dismissal of complaint, with costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William F. Lasch, Respondent, v. Louis Lasch, as Administrator, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Agnes L. Garvin, Appellant, v. George K. Garvin, Respondent. — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Asher Ayres, as Executor, etc., Appellant, v. James R. Williston and Others, Respondents. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of George Flynn, Deceased. — Decree affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. Joseph C. Hickey, Relator, v. Rhinelander Waldo, as Commissioner, Respondent. — Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William Crompton, Plaintiff, v. William H. Seaich, Defendant. — Exceptions overruled and judgment ordered for defendant on dismissal of complaint, with costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Philip Walcoff, Individually, etc., Appellant, v. Isaac Bittker, Respondent. — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Nathalia Boniface, Respondent, v. The Board of Education of the City of New York, Appellant. — Order affirmed, with ten dollars costs and disbursements, with leave to defendant to amend on payment of costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mary Jenkins, Appellant, v. Fanny Gruen and Others, Respondents. — Determination affirmed, with costs, and judgment absolute ordered on stipulation, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Maurice Ginsburg v. Max Heiler. — Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Security Bank of New York v. Herman Finkelstein. — Application granted. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.